# United States District Court
## Eastern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **LAWRENCE W. GUZZINO** | DOCKET NUMBER: 6:19-mj-0066-JDP |

I, legal officer Susan St. Vincent, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Lawrence W. GUZZINO did or was:

**Count 1:** Under the influence of alcohol to a degree that he may have been a danger to himself, another person or park resources in violation of Title 36 Code of Federal Regulations § 2.35(c)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Engage in fighting or threatening, or in violent behavior in violation of Title 36 Code of Federal Regulations § 2.34 (a) (1)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Use language, an utterance, or gesture, or engage in a display or act that was obscene, physically threatening or menacing, or done in a manner that was likely to inflict injury or incite an immediate breach of the peace in violation of Title 36 Code of Federal Regulations § 2.34 (a) (2).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state I am the legal officer and this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On August 8, 2019, at approximately 1:27 p.m., Yosemite National Park rangers were dispatched to Degnan's Deli in Yosemite Valley to a report of a male with a knife harassing people and verbally assaulting them.

The rangers contacted a male known to them as Lawrence W. GUZZINO. GUZZINO matched the description provided by the reporting party and he was detained in handcuffs. Rangers began obtaining witness statements at the scene.

Speedy Trial Act Applies: **No**

U.S. v. Lawrence W. GUZZINO
Criminal Complaint

Page **1** of **2**

Several witnesses said that GUZZINO was drinking alcohol and pacing around the crowded western outdoor seating area adjacent to Degnan's Deli. The witnesses stated GUZZINO was cussing and threatening people. One witness, E.F., stated GUZZINO was yelling "fuck all you people", "You're all cocksuckers", and "good riddance" while also spitting at groups of guests. E.F. stated GUZZINO was also yelling racial slurs and also yelled "Fuck you all, hope you die". E.F. stated he observed GUZZINO kicked a teenage boy in the shin or back and said "fuck you" to the boy. A deli staff member stated he approached GUZZINO and told him to leave the area. The staff member state he observed GUZZINO touching a knife in his waistband and decided not to talk to him anymore. The staff member stated he then went inside to call for rangers. Another witness, J.F. stated he observed GUZZINO yelling at people. J.F. also stated he observed GUZZINO spit at people.

While GUZZINO was detained he laid down on the park bench he had been sitting on and told the rangers he was drunk and he was tired. GUZZINO's person emanated the odor of alcoholic beverage. GUZZINO also had a small blue metal camp bowl with what appeared to be alcohol.

At approximately 1:40 p.m. Rangers S. Isch and J. Fey arrived on scene. After conferring with other rangers, Ranger Isch placed GUZZINO under arrest for being under the influence of alcohol to the degree that he may be a danger to himself or others. While Ranger Isch was searching GUZZINO incident to arrest, two additional rangers had to hold GUZZINO steady as he was having difficulty maintaining his balance due to his level of intoxication. On the short transport to the Yosemite Holding Facility GUZZINO told rangers he was really drunk, and he fell asleep in the back seat of the patrol car.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

9/20/19
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

9/20/19
Date

Honorable Jeremy D. Peterson
United States Magistrate Judge
Eastern District of California

Speedy Trial Act Applies: **No**            U.S. v. Lawrence W. GUZZINO
                                            Criminal Complaint