HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, Bar ##294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
hannah_labaree@fd.org

Attorney for Defendant
LAWRENCE GUZZINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:19-MJ-00066 JDP |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING INITIAL APPEARANCE** |
| LAWRENCE GUZZINO, | |
| Defendant. | Date: June 12, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Lawrence Guzzino, by and through his attorney Assistant Federal Defender Hannah Labaree that the initial appearance scheduled for September 24, 2019, may be continued to October 23, 2019, at 10:00 a.m.

///

///

///

///

///

///

-1-

The defendant recently contacted our office and requested a continuance so he could make arrangements to be in court.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: September 23, 2019            /s/ Hannah Labaree
                                     HANNAH LABAREE
                                     Assistant Federal Defender
                                     Attorney for LAWRENCE GUZZINO


McGREGOR SCOTT
United States Attorney

Dated: September 23, 2019            /s/ Hannah Labaree for S. St. Vincent
                                     SUSAN ST. VINCENT
                                     Legal Officer

ORDER

The initial appearance scheduled for September 24, 2019 is continued to October 23, 2019, at 10:00 a.m., for the reasons set forth above.

IT IS SO ORDERED.

Dated:   September 23, 2019                                     _____
                                                                UNITED STATES MAGISTRATE JUDGE