IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Lawrence Guzzino,<br><br>    Defendant. | No. 1:19-cr-00066-JDP<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on October 24, 2019 to 30 days (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.

IT IS SO ORDERED.

Dated:   March 16, 2020                      _____
                                                             UNITED STATES MAGISTRATE JUDGE